The defendant has had a legal trial, and the court properly overruled the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 21, 1925.

Indictment for murder—conviction of manslaughter; from Gilmer superior court—Judge Blair. January 17, 1925.

*A. H. Burtz, William Butt,* for plaintiff in error.

*John S. Wood, solicitor-general, Morris, Hawkins & Wallace,* contra.

---

### 16288. SALMON v. THE STATE.

BLOODWORTH, J. This is a companion case to that of *Salmon* v. *State,* 33 *Ga. App.* 695; the evidence is practically the same in the two cases, and the rulings in that case are controlling in this.

*Judgment reversed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 21, 1925.

Indictment for possessing intoxicating liquor; from city court of Floyd county—Judge Bale. January 24, 1925.

*Porter & Mebane,* for plaintiff in error.

*Alec Harris, solicitor,* contra.

---

### 16291. WOOD v. THE STATE.

LUKE, J. The evidence amply authorized the conviction, and for no reason pointed out did the court err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 25, 1925.

Indictment for possessing and transporting intoxicating liquor; from Haralson superior court—Judge Irwin. January 27, 1925.

*M. J. Head, Beall & Beall,* for plaintiff in error.

*E. S. Griffith, solicitor-general,* contra.

---

52